COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Kevin James Pitre
Main Prison CBA L/R-8 DOC No. 350660
Louisiana State Penitentiary
Angola, LA 70712

REHEARING ACTION: June 1, 2016

**Docket Number: 15   00891-KH**

**STATE OF LOUISIANA**
**VERSUS**
**KEVIN JAMES PITRE**

**Writ Application from St. Landry Parish Case No. 94-K-1935-C, 94-K-4038-A, 94-K-3529-D**

**BEFORE JUDGES**:

   **Hon. Jimmie C. Peters**
   **Hon. James T. Genovese**
   **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the ruling for

the application for rehearing filed by **Kevin James Pitre** is:

   **REHEARING DENIED**.  Uniform Rules – Courts of Appeal, Rule 2-18.7.
   Additionally, Relator fails to allege grounds for recusing Judge James T.
   Genovese from this case.  La.Code Crim.P. art. 671.

cc: Earl B. Taylor, Counsel for  the Respondent